**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

In Re:                                     *

William Travis Starner                     *        Case No. 14-20930-WIL
                                                    Chapter 13
    Debtor                                 *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### ORDER GRANTING IN PART INTERIM APPLICATION FOR COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES OF COUNSEL FOR DEBTOR</u>

Having considered the Interim Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Fee Application"), a hearing having been held on August 16, 2016, and for the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Fee Application is GRANTED IN PART as set forth herein; and it is further

ORDERED, that Chung & Press, LLC is awarded compensation of $9,300.00 in fees and $211.50 for reimbursement of expenses.

cc:

Debtor
Debtor's Counsel
Chapter 13 Trustee

**End of Order**